UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
UNITED STATES OF AMERICA,

    - against -                                            **MEMORANDUM AND ORDER**

                                                                          06 CR 0181 (RJD)

CARMINE BAUDANZA, et al.

                    Defendants.
----------------------------------------------------------- x

DEARIE, District Judge.

On December 11, 2007, this Court entered judgment of conviction against defendant Joseph Baudanza and in favor of the United States of America. (J. 1, ECF No. 337). The sentence imposed as part of that judgment included an order directing defendant to pay restitution in the amount of $106,515.50 (the "restitution obligation"). (J. 5). On April 17, 2014, we issued a Memorandum and Order directing co-defendant Carmine Baudanza to file proof with the Court that a Satisfaction of Judgment had been filed in the matter of <u>Carmine's Dream, Inc. v. Ceasar's Bay Shopping Center, LLC, et al.</u>, Index No. 32456/2007 in Supreme Court, County of Kings. (ECF No. 442). That Memorandum and Order further directed the Clerk of Court to "cancel, satisfy, and discharge the restitution obligation" once that proof was reviewed and approved by the Court. We have now reviewed and hereby approve that proof. Accordingly, the Clerk of Court is directed to cancel, satisfy, and discharge the restitution obligation solely as to defendant Joseph Baudanza.

SO ORDERED.

Dated: Brooklyn, New York
       May _5_, 2014

                                                                /s/ Judge Raymond J. Dearie
                                                                RAYMOND J. DEARIE
                                                                United States District Judge